**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-1554**

VINCENT NJEKWU MBAGWU,

                                          Petitioner,

        versus

JOHN ASHCROFT, Attorney General,

                                          Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A73-657-787)

Submitted:  November 22, 2004      Decided:  December 29, 2004

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Vincent Njekwu Mbagwu, Petitioner Pro Se. Daniel Eric Goldman,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent Njekwu Mbagwu, a native and citizen of Nigeria, petitions for review of a final order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and find that the Board did not abuse its discretion in declining to grant the motion to reopen. See Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999); 8 C.F.R. § 1003.2 (2004); 8 C.F.R. §§ 1245.1(c)(8), 1245.2(a)(1) (2004).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED